UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all others similarly situated,

Plaintiffs,

vs.

QUAINT OAK BANKCORP, INC.

Defendant.

CIVIL ACTION NO. 2:20-cv-04248-GEKP

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between attorneys for Plaintiff, JOHN MAHONEY, and the attorneys for Defendant, QUAINT OAK BANCORP, INC., that the above-entitled action be, and hereby is, DISMISSED WITH PREJUDICE and without costs to either side.

BY THE PARTIES:

By: _____
DAVID S. GLANZBERG, ESQ.
Glanzberg Tobia Law, P.C.
123 South Broad Street, Suite 1640
Philadelphia, PA 19109
Tel: (215) 981-5400
Fax: (267) 319-1993
Email: david.glanzberg@gtlawpc.com
*Attorneys for Plaintiff*

Dated: January 29, 2021

By: *Benjamin E. Widener*
BENJAMIN E. WIDENER, ESQ.
Stark & Stark, P.C.
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648
Tel: (609) 895-7358
Fax: (609) 895-7395
Email: bwidener@stark-stark.com
*Attorneys for Defendant*

Dated: January 29, 2021

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

4849-3581-4618, v. 2