IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY,<br>*Individually and behalf of all others similarly situated,*<br>                *Plaintiff* | CIVIL ACTION |
| v. | |
| QUAINT OAK BANCORP, INC.<br>                *Defendant* | No. 20-4248 |

## ORDER

**AND NOW**, this 10th day of February, 2021, upon consideration of the parties' joint Stipulation of Dismissal With Prejudice (Doc. No. 10), it is hereby **ORDERED** that the above action is dismissed with prejudice, and each party shall bear its own costs and attorney's fees. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE